UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**FWK HOLDINGS, LLC,**

    **Plaintiff,**

v.                                                                              Civil No. 2:18-cv-23

**MERCK & CO., INC., et al.,**

    **Defendants.**

### FINAL ORDER

This case is associated with Multidistrict Litigation ("MDL"), which was consolidated for pretrial matters in this court in 2018. See In re Zetia (Ezetimibe) Antitrust Litig., No. 2:18-md-2836 (E.D. Va.)("Zetia MDL"). This matter comes before the court on a Motion to Enforce the Direct Purchaser Plaintiff Settlement Agreement ("Zetia Settlement Agreement"), brought by two Zetia MDL Direct Purchaser Plaintiffs, Cardinal Health, Inc. and Cencora, Inc.[1] (collectively "the DPPs"), against one Zetia MDL Defendant, Merck.[2] ECF No. 182 ("Motion to Enforce"). The DPP's Motion to Enforce was filed on June 6, 2025. Id. It requests that the court exercise jurisdiction over the matter and enter an

---

[1] "Cencora" or "Cencora, Inc." refers collectively to AmerisourceBergen Drug Corp., AmerisourceBergen Corp., and Cencora, Inc.

[2] "Merck" or "Merck & Co., Inc." refers collectively to Merck Sharp & Dahme Corp., n/k/a Merck Sharp & Dohme LLC, Schering Plough-Corp., Schering Corp., and MSP Singapore Co. LLC.

order, inter alia, barring Merck from "pursuing actions in other jurisdictions to enforce the Zetia Settlement Agreement." Id. at 3.

On July 24, 2025, this matter was referred to United States Magistrate Judge Douglas E. Miller, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the DPP's Motion to Enforce. ECF No. 214 (Referral Order).

No hearing was held, as oral argument was not requested and the Magistrate Judge determined that no hearing was necessary to resolve the matter. ECF No. 217 at 2, n.3 (Report and Recommendation). After review of the record and briefings, the Magistrate Judge filed a Report and Recommendation ("R&R") on August 4, 2025. Id. The R&R recommends that the DPP's Motion to Enforce, ECF No. 182, be denied. Id. at 21. By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days of the date of service of the R&R. Id. at 21-22. No objections were filed.

The court, having reviewed the record in its entirety, does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned

R&R, filed on August 4, 2025, ECF No. 217. Accordingly, the DPP's Motion to Enforce the Direct Purchaser Plaintiff Settlement Agreement, ECF No. 182, is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

August 22, 2025